IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CURTIS BOWMAN                                                         PLAINTIFF

v.                              Case No. 3:16-CV-03116

PRUDENTIAL INSURANCE
COMPANY OF AMERICA                                                   DEFENDANT

## JUDGMENT

For the reasons explained in the Memorandum Opinion and Order filed this date,

**IT IS HEREBY ORDERED AND ADJUDGED** that the case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED** on this 30th day of May, 2017.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE